No. 91–6421.  CRAUN v. UNITED STATES;
No. 91–6487.  HOLT v. UNITED STATES; and
No. 91–6494.  YOUNG v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 942 F. 2d 787.

No. 91–6422.  CAHAN v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 91–6426.  NELSON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–6427.  LUCAS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–6431.  LODATO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 91–6432.  TOWNES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6433.  HARRIS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–6434.  GREENE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–6436.  MUNN v. MICHIGAN NATIONAL BANK ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–6437.  PREUSS v. DISTRICT OF COLUMBIA ET AL.  Ct. App. D. C.  Certiorari denied.

No. 91–6438.  NEWCOMB v. INGLE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 91–6439.  NEAL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–6440.  OGLESBY v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 91–6441.  DIXON v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 91–6442.  MACHADO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.